# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01523-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 107.2.134.163,

    Defendant.

_____/

## STATUS REPORT

On June 21, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identity [CM/ECF 10].  Plaintiff perfected service of the subpoena on or about June 25, 2013 and expects the ISP's response on August 12, 2013.

Dated: July 17, 2013

    Respectfully submitted,

    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #634132
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    By: /s/ *Jason Kotzker*