IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Malibu Media, LLC.,

    Plaintiff,

vs.

John Doe Subscriber assigned IP address
107.2.134.163,

    Defendant.

_____/

CASE No. 1:13-cv-01523-WYD-MEH

MOTION TO RESTRICT ACCESS TO
IDENTIFYING INFORMATION

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2013

JEFFREY P. COLWELL
CLERK

## MOTION TO RESTRICT ACCESS TO IDENTIFIYING INFORMATION

John Doe's privacy interest outweighs that of the public knowing his identity. Accordingly, if John Doe must proceed in this case, he should be allowed to do so anonymously.

Identifying information is supplied by John Doe for the Court as requested and in compliance with Fed. R. Civ. P. 11(a)

Concerns before this Court include a likelihood of coercion into unjustified settlements, a matter of a highly personal nature - the allegation of downloading pornography, and the fact that Doe has not availed himself of this Court. Any identifying information that the plaintiff receives will be given to third party settlement companies to try to force a settlement. In addition John Doe's position in his community and employment would cause irreparable harm to him. Even the false accusation of downloading porn could cause severe damages to John Doe including, loss of job and loss of position in community volunteer positions. For these reasons, it is respectfully requested that this Court restrict access to the supplementation document which is meant

for the court and contains identifying information.

The level of restriction requested is Level 2.

Attached is the supplementation document with John Doe's Signature block for the Court.

                                      Respectfully submitted,

                                      John Doe
                                      (pro se)

                                      August 14, 2013