IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01523-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 107.2.134.163,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 19, 2013.**

Pending before the Court are Defendant's Motion to Proceed Anonymously Pursuant to Fed. R. Civ. P. 8, Motion to Quash Subpoena Pursuant to Fed. R. Civ. P. 45, Motion to Sever Pursuant to Fed. R. Civ. P. 21 and Motion to Show Cause why Plaintiff's Complaint Should Not Be Dismissed [filed August 15, 2013; docket #17] ("Motion I") and Defendant's Motion to Restrict Access to Identifying Information [filed August 15, 2013; docket #18] ("Motion II").  Motion I is **granted in part** and **denied without prejudice** in part as follows, and Motion II is **granted**.

With regard to Motion I, this Court has previously instructed Defendant that he must file his requests for dispositive and non-dispositive relief in separate paper.  *See* docket #15 (citing D.C. Colo. LCivR 7.1C). Defendant ignores this instruction by seeking multiple forms of relief in Motion I. All such relief, with the exception of Defendant's request to proceed anonymously, is **denied without prejudice**.[1]  If Defendant wishes to renew his request to quash the subpoena, he must do so on or before **August 23, 2013.**

Motion I is **granted in part** for the sole purpose of adjudicating a forthcoming motion to quash.  Pursuant to D.C. Colo. LCivR 7.2, the Clerk of the Court shall maintain Defendant's identifying information [docket #16] under seal at Restriction Level 2 through and including August 23, 2013.  If Defendant fails to renew his request to quash by that date, the document may lose its Restricted status.

The Clerk of the Court is further directed to mail a copy of this Minute Order to Defendant

---

[1]Though the Court expressly declines to rule on Defendant's motion for severance in this minute order, the Court notes that severance is inapplicable where, as here, a plaintiff sues only one defendant.

at the address provided in docket #16, but to keep such identifying information sealed under Restriction Level 2 until further order of the Court.  Defendant's address shall not be included in the Clerk of the Court's publicly-entered Certificate of Service.