IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01523-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

RICHARD MICHALKA,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 15, 2013.**

    Plaintiff's First Motion for Extension of Time Within Which it Has to Effectuate Service on John Doe [sic] Defendant [October 11, 2013; docket #32] is **granted**. Plaintiff shall effect service on Defendant on or before November 11, 2013.