# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Colorado | County of | U S District Court |

Case Number: 1:13-CV-01523-WYD

Plaintiff:
**MALIBU MEDIA LLC**

vs.

Defendant:
**RICHARD MICHALKA**

For:
Kotzker Law Group
KOTZKER LAW GROUP
9609 S University Blvd #632134
Highlands Ranch, CO 80163

Received by Accurate Legal Support Services, LLC on the 9th day of October, 2013 at 5:00 pm to be served on **RICHARD MICHALKA, 8450 Arista Pl, Unit 305, Broomfield, CO 80021**.

I, **RANDI HOLOCKER**, being duly sworn, depose and say that on the **13th day of October, 2013** at **12:57 pm**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT; SUMMONS, COMPLAINT, ANSWER FORM AND ATTACHMENTS** to: RICHARD MICHALKA at the persons place of **Abode**, at the address of: **8450 Arista Pl, Unit 305, Broomfield, CO 80021** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVER IDENTIFIED DTR FROM PICTURE PROVIDED BY CLIENT, DTR REFUSED TO ACCEPT DOCUMENTS SERVER STATED SERVICE OF DOCUMENTS AND PLACED THEM IN THE FRONT DOOR

**Description** of Person Served: Age: 29, Sex: M, Race/Skin Color: WHITE, Height: 5'8, Weight: 180, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Private Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 15th day of October, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: My Commission Expires 08/24/2015

**RANDI HOLOCKER**
Process Server

**Accurate Legal Support Services, LLC**
2329 W Main St
Suite 203
Littleton, CO 80120
(303) 933-8772
Our Job Serial Number: GRI-2013020282

Service Fee: $80.00