IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01523-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

RICHARD MICHALKA,

   Defendant.

## ORDER

   THIS MATTER is before the Court in connection with a review of the Courtroom Minutes/Minute Order of Magistrate Judge Hegarty filed November 26, 2013 (ECF No. 38) and the Suggestion of Bankruptcy filed by Defendant's bankruptcy attorney on November 27, 2013 (ECF No. 39).  Both documents note that Defendant has filed bankruptcy.

   Pursuant to the Title of the United States Code, 11 U.S.C. § 101 *et. seq.*, and in accordance with 11 U.S.C. § 362, the automatic stay provision, all proceedings in the above-captioned matter must be stayed.  That is because the automatic stay provision stays, among other things, the "continuation . . . of a judicial . . . action or proceeding against the debtor" or any action "to recover a claim against the debtor" that arose before the commencement of bankruptcy proceeding.  11 U.S.C. § 362(a)(1).

   However, rather than staying the proceedings I believe the better course is to administratively close this action pursuant to D.C.COLO.LCivR 41.2.  The Tenth Circuit

has construed administrative closure as the practical equivalent of a stay.  *See Quinn v. CGR*, 828 F.2d 1463, 1465 and n. 2 (10th Cir. 1987).  The case may be reopened for good cause, which shall include a request to reopen because the case is no longer automatically stayed pursuant to 18 U.S. C. § 362.  This ensures that the case does not remain pending for months or even years on this Court's docket while the bankruptcy proceeding is conducted.  Accordingly, it is

ORDERED that this case is **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR 41.2, to be reopened for good cause shown.

Dated:  November 27, 2013

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Senior United States District Judge